Certificate Number: 17082-MSS-DE-040178845

Bankruptcy Case Number: 21-50167



17082-MSS-DE-040178845

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 8, 2025</u>, at <u>6:35</u> o'clock <u>PM MST</u>, <u>NICHOLAS L WEIS</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>October 8, 2025</u>

By: <u>/s/Orsolya K Lazar</u>

Name: <u>Orsolya K Lazar</u>

Title: <u>Executive Director</u>