United States Bankruptcy Court
Southern District of Mississippi

In re: Nicholas Lachlan Weiss, Debtor

Case No. 21-50167-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6　　　　User: mssbad　　　　Page 1 of 2
Date Rcvd: Oct 07, 2025　　Form ID: dn008　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nicholas Lachlan Weiss, 105 Hillcrest Loop, Petal, MS 39465-2627 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 09, 2025　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Jennifer A Curry Calvillo | on behalf of Debtor Nicholas Lachlan Weiss jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Nicholas Lachlan Weiss trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Oct 07, 2025 Form ID: dn008 Total Noticed: 1
TOTAL: 5

Form dn008finmgtcert (Rev. 12/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 21−50167−KMS
**Chapter:** 13

**In re:**

Nicholas Lachlan Weiss
aka Nick Weiss
105 Hillcrest Loop
Petal, MS 39465

**To: Debtor and his attorney**, if any:

## Notice of Deficiency

In this case, The Debtor has not filed a certificate of completion of a personal financial management course as required by Bankruptcy Rule 1007(b)(7). The Debtor or personal financial management course provider must file the certificate on or before **October 21, 2025**.

Failure to file the certificate by the above date may result in the case being closed without the entry of a discharge and further notice from the court.*

Dated: October 7, 2025

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

*If the case is closed and the Debtor still seeks a discharge, the Debtor must file a motion and notice to reopen the case to file the Debtor's certificate of completion of a personal financial management course and pay the required filing fee.